UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

ALFRED OPPONG,

                Petitioner,

v.

JEFFERSON SESSIONS, et al.,

                Respondents.

Case No. C17-1810-JLR-JPD

ORDER GRANTING STIPULATED MOTION FOR EXTENSION OF TIME

This is a 28 U.S.C. § 2241 immigration habeas action. Respondents' return memorandum and motion to dismiss is noted for February 9, 2018. The parties have filed a stipulated motion for extension of the noting date and deadline for petitioner to file a response. Finding good cause, the Court GRANTS the stipulated motion. Dkt. 12. The Clerk shall RE-NOTE the motion to dismiss, Dkt. 7, for March 30, 2018. Petitioner may file a response by March 26, 2018, and respondents may file a reply by the noting date. The Clerk is directed to send copies of this order to the parties and to the Honorable James L. Robart.

Dated this 6th day of February, 2018.

JAMES P. DONOHUE
Chief United States Magistrate Judge

ORDER GRANTING STIPULATED
MOTION FOR EXTENSION OF TIME - 1