UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

ALFRED OPPONG,

                Petitioner,

       v.

JEFFERSON SESSIONS, et al.,

                Respondents.

Case No. C17-1810-JLR-JPD

REPORT AND RECOMMENDATION

Petitioner brought this 28 U.S.C. § 2241 immigration habeas action to obtain release from immigration detention. On January 16, 2018, respondents moved to dismiss. Dkt. 7. On March 21, 2018, the parties filed a stipulated motion to dismiss. Dkt. 14. The parties agree that because petitioner has been removed to Ghana, this action is moot. Accordingly, the Court recommends that the parties' stipulated motion to dismiss, Dkt. 14, be GRANTED; respondents' motion to dismiss, Dkt. 7, be DENIED as moot; and this action be DISMISSED without prejudice and without costs or fees to either party. A proposed order accompanies this Report and Recommendation.

\\

\\

REPORT AND RECOMMENDATION - 1

The Clerk is directed to note this matter as immediately ready for the consideration of the Honorable James L. Robart.

Dated this 27th day of March, 2018.

*James P. Donohue*
JAMES P. DONOHUE
United States Magistrate Judge