UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

ALFRED OPPONG,

    Petitioner,

v.

JEFFERSON SESSIONS, et al.,

    Respondents.

Case No. C17-1810-JLR

ORDER OF DISMISSAL

Having reviewed the Report and Recommendation of the Honorable James P. Donohue, United States Magistrate Judge, any objections or responses to that, and the remaining record, the Court finds and ORDERS:

(1) The Court ADOPTS the Report and Recommendation.

(2) The parties' stipulated motion to dismiss, Dkt. 14, is GRANTED.

(3) Respondents' motion to dismiss, Dkt. 7, is DENIED as moot.

(4) This action is dismissed without prejudice and without costs or fees to either party.

\\

\\

ORDER OF DISMISSAL - 1

(5)     The Clerk is directed to send copies of this Order to the parties and to Judge Donohue.

Dated this 28th day of March, 2018.

*JAMES L. ROBART*
United States District Judge

ORDER OF DISMISSAL - 2